# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSENCIO CAMPOS | Case No.: 1:14-cv-00802-BAM |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include February 27, 2015, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the June 2, 2014 Case Management Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **January 22, 2015**          /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.