BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
KEVIN G. GILL – CSBN 226819
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 744-0134
    E-Mail: Kevin.Gill@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| AUSENCIO CAMPOS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-cv-00802-BAM<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a 30-day extension of time, to and including April 18, 2015, in to file her responsive brief. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant requests this extension because he is currently responding to discovery, conducting and defending depositions, and preparing witnesses and arguments for an upcoming Merit Systems Protection Board hearing. As a result, Defendant needs additional time to respond to the issues raised in Plaintiff's portion of the joint stipulation.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated:  March 26, 2015        LAWRENCE D. ROHLFING

By:   /s/ Vijay J. Patel *
VIJAY J. PATEL
(* As authorized via email on March 26, 2015)
Attorney for plaintiff Mr. Ausencio Campos

Dated:  March 26, 2015        BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/  Kevin G. Gill
KEVIN G. GILL
Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have an extension of time, up to and including April 18, 2015, in which to file a response to Plaintiff's opening brief.  All other deadlines set forth in the June 2, 2014 Case Management Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **March 31, 2015**              /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE