1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  KEVIN G. GILL – CSBN 226819
   Special Assistant United States Attorney
5        160 Spear Street, Suite 800
         San Francisco, California 94105
6        Telephone: (415) 977-8995
7        Facsimile: (415) 744-0134
         E-Mail: Kevin.Gill@ssa.gov
8

9  Attorneys for Defendant

10            UNITED STATES DISTRICT COURT

11           EASTERN DISTRICT OF CALIFORNIA

12                  FRESNO DIVISION

13

14  AUSENCIO CAMPOS,                     ) Case No.:  1:14-cv-00802-BAM
                                         )
15            Plaintiff,                 ) STIPULATION AND ORDER FOR A
                                         ) SECOND EXTENSION OF TIME
16        vs.                            ) TO DEFENDANT
                                         )
17  CAROLYN W. COLVIN, Acting            )
    Commissioner of Social Security,     )
18                                       )
                                         )
19            Defendant.                 )
                                         )
20

21        IT IS HEREBY STIPULATED, by and between the parties, through their respective

22  counsel of record, that Defendant shall have a 45-day extension of time, to and including June 2,

23  2015, to file her responsive brief.  This is Defendant's second request for an extension of time to

24  respond to Plaintiff's motion.  Defendant requests this extension because Defendant's counsel is

25  currently responding to discovery, conducting and defending depositions, and preparing

26  witnesses and arguments for an upcoming Merit Systems Protection Board hearing.  That dispute

27  has grown significantly since Defendant's first request.  As a result, Defendant needs additional

28  time to respond to the issues raised in Plaintiff's opening brief.

1

1    The parties further stipulate that the Court's Scheduling Order shall be modified

2    accordingly.  Counsel apologizes to the Court for any inconvenience caused by this delay.

3

4                                          Respectfully submitted,

5    Dated:  April 21, 2015                LAWRENCE D. ROHLFING

6                                  By:     */s/ Vijay J. Patel*
                                           VIJAY J. PATEL
7                                          (* As authorized via email on April 21, 2015)
8                                          Attorney for plaintiff Mr. Ausencio Campos

9

10   Dated:  April 20, 2015                BENJAMIN B. WAGNER
                                           United States Attorney
11                                         DONNA L. CALVERT
                                           Regional Chief Counsel, Region IX
12                                         Social Security Administration

13
                                  By:     */s/  Kevin G. Gill*
14                                         KEVIN G. GILL
                                           Special Assistant U.S. Attorney
15
                                           Attorneys for Defendant
16

17

18                                  ORDER

19        Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED,

20   that Defendant shall have a second extension of time, up to and including June 2, 2015, in which to

21   file a response to Plaintiff's opening brief.  All other deadlines set forth in the June 2, 2014 Case

22   Management Order are modified accordingly.

23   IT IS SO ORDERED.

24

25     Dated:    **April 22, 2015**              /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE
26

27

28

                                          2