Vijay J. Patel
Attorney at Law: 285585
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Ausencio Campos

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSENCIO CAMPOS, | Case No.: 1:14-cv-00802-BAM |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $5,115.78 as authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

/s/*Vijay J. Patel*
_____
Vijay J. Patel
Attorney for plaintiff Ausencio Campos

-1-

**ORDER**

Pursuant to the above stipulation, Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of FIVE THOUSAND ELEVEN HUNDRED FIFTEEN dollars and 78/100 cents ($5,115.78). Defendant shall consider any assignment of EAJA fees under the conditions agreed to the in parties' stipulation.

IT IS SO ORDERED.

Dated:   **December 15, 2015**               /s/ Barbara A. McAuliffe
                                                                      UNITED STATES MAGISTRATE JUDGE